Exhibit A to the Complaint

**Location:** Altamont, NY  **IP Address:** 100.4.221.110
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 84334A63F692C21BBADBDE41EA6DCE2094F13749<br>File Hash:<br>BC5EB256A97511C998D74ABEDFBFD160265D7F794170A16BE77C3C191C6ED638 | 11-09-2023<br>08:53:36 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 2 | Info Hash: 8F802495D9F998950120B2923534B8C4F6FFE588<br>File Hash:<br>2A3B523ABFD29DE3BB785B5ED803D20187B8621B8533FF17B60B6C4A283918CA | 11-09-2023<br>05:29:20 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 3 | Info Hash: 015181AD124AE5498E79825AB074251BE8A1C39D<br>File Hash:<br>CE1EDB326FCF00EF25A9AD9B7AE4AE954569779FCD897560408E1131B1EAD0F1 | 11-09-2023<br>03:52:39 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 4 | Info Hash: C57098AA8C19480D80B23E0E438A05B0F7A0D5CE<br>File Hash:<br>F4E958D74FBA79A3E772EC806EB3FA5A7BBAAB26BB4B94270C0BE4C5AF073901 | 10-25-2023<br>01:03:46 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 5 | Info Hash: CF168894F7F445F38B0B71F9B642165BE4644DFA<br>File Hash:<br>DE463AC0FCB8087227ABC9E4AC4B6867B826319FF5F817EAC4ECF2B2FF5834D5 | 10-24-2023<br>12:43:43 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 6 | Info Hash: DE4CE39EA1EF88D8D57CEA172537867147E8D59A<br>File Hash:<br>ADEB1AB20685250229E39F9DF485ECB557F5BE8B77A463FF695128BEA2DEF2A4 | 10-23-2023<br>16:52:54 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 7 | Info Hash: E42874D49E742B25BA4221AD25687EE9FE7EE531<br>File Hash:<br>EF361F2C822CBD9481183D1B62C8522BB322C62F2E43767A9E0F4D54586F65D1 | 10-20-2023<br>04:39:27 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 8 | Info Hash: B263A6BF860A42C4ED1561AF94B647A2603FA926<br>File Hash:<br>4FF4002100A2AE94543DA11F5301A7C671673A60984F6D82B051F51D8B5390D6 | 10-07-2023<br>16:25:58 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 9 | Info Hash: 683372AA8B27ADB64BE001869746C8D2A9B21656<br>File Hash:<br>C600269B5D75CAC86022E4902B29E28D2C3959F19C797D73B3DBE084BE4B25C7 | 10-06-2023<br>10:23:06 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 10 | Info Hash: A99B58E50CB2AE580AC2B5DE0E16EF78B6AA1228<br>File Hash:<br>42917EFF8E51B116FF73F8C97B28D52B28A9125AFF1D4F7F7757F3E93A02209A | 10-06-2023<br>05:33:46 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 11 | Info Hash: 419789D96C972C69EFAEE49CED271AC4AE27C5B2<br>File Hash:<br>36B31267256C99CE6531A908C2303EFAFE005E05DF12E742866312D5FE8EA78E | 10-06-2023<br>04:38:04 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B247216EFDB8A0E21AB6FB9A18D95982FD24326E<br>File Hash: 7B2F4130FC2F32D44A1230ED6A87A42FBD33712C256D6F890DE4E67CD9BAA103 | 10-06-2023 04:31:27 | Vixen | 09-15-2023 | 10-18-2023 | PA0002435602 |
| 13 | Info Hash: F9935F384B00F0858932B3B97C3FFCF40B81944C<br>File Hash: 03E099C5A29E92F85D233901C2846B043A81BDB6A7C06CBDF49D1634E3EAFBD1 | 10-06-2023 04:24:58 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 14 | Info Hash: AB3D99FD4AC39AE1C317B2AF0B4F0BF13DF08C71<br>File Hash: 629C5C96EA09429D3CCD2CB5AF6355D928933D29502C96465EF89B8246244E74 | 10-06-2023 04:22:41 | Vixen | 09-22-2023 | 10-18-2023 | PA0002435594 |
| 15 | Info Hash: 1A5D33BE0A72FF09D224592BB9BE5AF23653CBEC<br>File Hash: AEBC2FC7C87C4A9F6B378D59A816D0D2076449D154BDB48B0A6D80F5D3A7A363 | 10-06-2023 02:36:11 | Vixen | 10-16-2017 | 10-19-2017 | PA0002090451 |
| 16 | Info Hash: ECA52B9A1B80416F03C3ACEC976E2ED38014CC4F<br>File Hash: 47C6868436C92507316833817EF13261E785A20764BC44BAF6B1519DC68D4F54 | 09-29-2023 20:40:21 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 17 | Info Hash: 5A3C3EB7B8427E3E63F0DD3E19552F276B1ACC03<br>File Hash: 5B3BFE7689D6C94538CBFCBD644D0C6B5103C094C35388143BB20E2629107E9F | 09-29-2023 19:51:37 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 18 | Info Hash: 203186C09CEA5D6E3A531D03552060EB2ADF757F<br>File Hash: BBFD32230B8B5770A4D87B377D4579E7A8B72D7349AE1BCF00D1DC15CBA7B037 | 09-29-2023 19:45:27 | Tushy | 07-15-2018 | 08-07-2018 | PA0002132406 |
| 19 | Info Hash: A00864522771B10693468CFCE6A03C679FF853F9<br>File Hash: D5E0E681B4C6999CA8A338538F972D2F8D7C5BC38CEE1862F45C24FC6C289E0B | 09-29-2023 19:44:44 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 20 | Info Hash: A51EE88C93B04112DED05A9A227DF31572542944<br>File Hash: D520F62078DACDC817C99D923760AB2D79C6FDBA255BD2ACDD04355E5C32F205 | 09-29-2023 15:25:42 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 21 | Info Hash: 2AD4E468E6B7D010B564CECB42E5D69AFCC423A1<br>File Hash: 8492007A81CE28352A5E163DC8222137AE9648B97241D95106530FCE0E2B298C | 09-28-2023 23:56:26 | TushyRaw | 08-16-2023 | 09-18-2023 | PA0002431113 |
| 22 | Info Hash: 7AE09EDC105B7B9311D1044FC528E08108EB7AAE<br>File Hash: 123CCF5B34FB8EF6B4594B898DCF37A9CE8B3D83E67209A8DDC6745A7997CDE3 | 09-28-2023 23:42:45 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 23 | Info Hash: 6AFBB46048A14E900BC7B8F496C4BD28FCD0E3E7<br>File Hash: 7432CE5A92552E9D77F305649E8DD7117D2E353AE0CE44D74761806141682FD2 | 09-28-2023 23:42:41 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 66398382BCC2E15DC09127A577F3CCE8AE511CF9<br>File Hash: 96142AFBD69F78577190EE0DC1F263F58C40B3EE05235DDA6BB24A1F938ED172 | 09-27-2023 16:09:23 | Vixen | 11-25-2017 | 01-04-2018 | PA0002097450 |
| 25 | Info Hash: 159FA51800BE66A83AA2939B81525F16B2F501AA<br>File Hash: 07011C3E929742E9DA47A07C444BF8698E3069704DEA04D1685244CB19E1869E | 09-27-2023 15:56:04 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 26 | Info Hash: 094CCEB4584FDF67E74C3817011D0CAA2C8C29F1<br>File Hash: 79DDA98BFFA9A8EFD83E36ED11D191CBF4363E4FF079297245970E4AEFB6D3B4 | 09-27-2023 15:55:52 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 27 | Info Hash: E4AACA70568AEFD507AF2A33D47A41AC24D6C467<br>File Hash: C7DC6993A1BE61C9938F24AC14904BD1E28433C574CE4E502B0A4AF66FE58743 | 09-27-2023 05:04:57 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 28 | Info Hash: 443E8983846661227A0B22FC67E717831E73C557<br>File Hash: F69BE4CD2DC035B8519D449C6D27200B06249E05B273DD8AA05C6A9A203E063A | 09-22-2023 00:46:22 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |